THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-6-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALMA VARGA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Ms. Varga's unopposed motion to continue the pretrial motions deadline (Dkt. No. 20). Having considered the motion and the relevant record and finding good cause, the Court GRANTS the motion and CONTINUES the pretrial motions deadline until April 8, 2021.

DATED this 19th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk