THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>ALMA VARGA,<br><br>               Defendant. | CASE NO. CR20-0006-JCC-1<br><br>ORDER |

This matter comes before the Court *sua sponte*. Trial is currently scheduled for May 3, 2021. (Dkt. No. 18.) As it has for the past several months, the COVID-19 pandemic continues to impact the Court's operations. *See* W.D. Wash. General Orders 01-20, 02-20, 07-20, 08-20, 11-20, 13-20, 15-20, 18-20, 04-21, each of which the Court incorporates by reference. Specifically, the pandemic has made it difficult for the Court to obtain an adequate spectrum of jurors to represent a fair cross section of the community, and public health guidance has impacted the ability of jurors, witnesses, counsel, and Court staff to be present in the courtroom. *See generally id.* Although the availability of a vaccine makes it likely that the Court will be able to resume in-person criminal trials in May 2021, the Court will continue to be limited by public health measures, such as limits on the number of people in the courthouse and courtrooms, which are likely to limit the Court's ability to try cases as efficiently as it would absent a pandemic. *See* W.D. Wash. General Order 04-21 at 2. Accordingly, the Court FINDS that the ends of justice

served by continuing Ms. Varga's trial outweigh the best interests of Ms. Varga and the public to a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

1. The COVID-19 pandemic has made it difficult for the Court to obtain an adequate spectrum of jurors to represent a fair cross section of the community, which would likely make proceeding with an earlier trial impossible or would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B)(i).
2. Public health guidance has impacted the ability of jurors, witnesses, counsel, and Court staff to be present in the courtroom. Therefore, proceeding with an earlier trial would likely be impossible or would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B)(i).

For the foregoing reasons, the Court ORDERS:

1. The May 3, 2021 jury trial is CONTINUED until July 26, 2021 at 9:30 a.m.
2. The period from the date of this order until July 26, 2021 is excluded from the Speedy Trial period under 18 U.S.C. § 3161(h)(7)(A) for the reasons stated above.

DATED this 30th day of April 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE